**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: | |
| RANDY P. SANDERS, | Case No: 15-15243-MLB |
| Debtor | |
| RANDY P. SANDERS, | Adv. Proc No: 16-01204-MLB |
| Plaintiff | |
| vs. | ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | |
| Defendant | |

Order Granting Motion for Summary Judgment - 1

**JAMES E. DICKMEYER, PC**
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

THIS MATTER came before the court on the second motion by defendant AllianceOne Receivables Management, Inc. ("AllianceOne") for summary judgment (Dkt. No. 90). The court also considered the response and reply materials filed by plaintiff Randy P. Sanders ("Sanders") and AllianceOne (Dkt. Nos. 91-92 and 93, respectively) and heard argument of counsel;

NOW THEREFORE, it is hereby ORDERED:

1. For the reasons set forth in the court's oral decision rendered in open court on October 15, 2018, which is hereby incorporated by reference as if fully set forth herein pursuant to F.R.Civ.P. 52 as applicable by FRBP 7052, the motion by AllianceOne for summary judgment is GRANTED;

2. Sanders' second amended complaint is hereby dismissed with prejudice;

3. Sanders' objection to AllianceOne's proofs of claim is overruled. AllianceOne may present an order in the main Chapter 13 case allowing proofs of claim nos. 1, 2 and 4.

/// End of Order ///

Presented By:

James E. Dickmeyer, PC

By  */s/ James E. Dickmeyer*
   James E. Dickmeyer  WSBA #14318
   121 Third Avenue   PO Box 908
   Kirkland WA 98083-0908
   (425) 889-2324
   Attorney for Defendant

Order Granting Motion for Summary Judgment - 2

**JAMES E. DICKMEYER, PC**
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

Case 16-01204-MLB    Doc 97    Filed 10/18/18    Ent. 10/18/18 15:47:21    Pg. 2 of 2